1  Susan St. Vincent
   Legal Officer
2  Sean Rosenberg
   Legal Intern
3  NATIONAL PARK SERVICE
   Legal Office
4  P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          DOCKET NO. 6:14-mj-022-MJS

12                  Plaintiff,

13        v.                           **AFFIDAVIT OF FIRST AMENDED**
                                       **PROBATION VIOLATION(S)**
14  SCOTT EUGENE BRADFORD,

15                  Defendant.
                                       Court: U.S. District Court – Yosemite
16                                     Judge: Honorable Michael J. Seng

17

18

19        I, Sean Rosenberg, Legal Intern for Yosemite National Park state the following is

20  true and correct to the best of my knowledge and belief.

21        I am the legal intern in Yosemite National Park and serve as the prosecutor for

22  misdemeanor matters arising in the park. In the normal course of my duties, I and other

23  individuals acting in a similar capacity, in my office regularly conduct probation status

24  reviews for defendants on court probation with the District Court in Yosemite. While

25  conducting a status review for defendant Scott Eugene BRADFORD, I learned the

26  following information.

27        Defendant, Scott Eugene BRADFORD, was arrested on March 8, 2014, in

28  Yosemite National Park and issued four mandatory appearance citations: Citation

                                       1

2935729: Drive with a drivers' license that is suspended; Citation 2935731: Unsafe operation of a motor vehicle; Citation 2935732: Carrying an open container in a motor vehicle; and Citation 2935733: Possession of a controlled substance (marijuana). On October 8, 2014, BRADFORD pled guilty to Citation 2935729 and Citation 2935732 and the other two charges were dismissed. BRADFORD was sentenced to 24 months unsupervised probation, $450 fine of which at least $50 dollars would be paid every month starting in November, obey all laws, report new law enforcement contact to the court, and a waiver of appeal rights. A Review Hearing was set for August 30, 2016.

The Government alleges that BRADFORD has violated the following condition(s) of his unsupervised probation.

CHARGE ONE:                    FAILURE TO PAY FINES

BRADFORD was ordered to pay a $450 fine in payments of no less than $50 a month starting in November. BRADFORD has failed to make any payments on this fine.

CHARGE TWO:                    FAILURE TO OBEY ALL LAWS

BRADFORD was ordered to obey all laws as a term of his probation. On July 21, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a), speeding in violation of California Vehicle Code § 22350, and failure to display registration of his motor vehicle in violation of California Vehicle Code § 4454(a).

On July 22, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a) and failure to wear a safety belt in violation of California Vehicle Code § 27315(d).

On July 28, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a), speeding in violation of California Vehicle Code § 22350, and driving and unregistered motor vehicle in violation of California Vehicle Code §

2

4000(a)(1).

On April 13, 2016, in Monterey County, BRADFORD was cited for driving without a license in violation of California Vehicle Code § 12951(a) and driving on a highway at speeds in excess of 65 miles per hour in violation of California Vehicle Code § 22349(a).

CHARGE THREE:                    FAILURE REPORT NEW LAW VIOLATIONS

On July 21, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a), speeding in violation of California Vehicle Code § 22350, and failure to display registration of his motor vehicle in violation of California Vehicle Code § 4454(a). BRADFORD failed to notify the Court or the government of the new law violations.

On July 22, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a) and failure to wear a safety belt in violation of California Vehicle Code § 27315(d). BRADFORD failed to notify the Court or the government of the new law violations.

On July 28, 2015, in Monterey County, BRADFORD was cited for failure to provide evidence of financial responsibility for his motor vehicle in violation of California Vehicle Code § 16028(a), speeding in violation of California Vehicle Code § 22350, and driving and unregistered motor vehicle in violation of California Vehicle Code § 4000(a)(1). BRADFORD failed to notify the Court or the government of the new law violations.

On April 13, 2016, in Monterey County, BRADFORD was cited for driving without a license in violation of California Vehicle Code § 12951(a) and driving on a highway at speeds in excess of 65 miles per hour in violation of California Vehicle Code § 22349(a). BRADFORD failed to notify the Court or the government of the new law violations.

//

3

1

2          I declare under penalty of perjury the information which I have set forth above and

3   on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

4   //

5   //

6   //

7

8   _8/16/2016_____                         _____

9   Date                                        Sean Rosenberg
                                                Legal Intern
10                                              Yosemite National Park, CA

11          Sworn to before me and subscribed in my presence in Yosemite National Park,

12   California.

13

14   _8/10/16_____                          _____

15   Date                                       Honorable Michael J. Seng
                                                U.S. Magistrate Judge
16                                              Eastern District of California

17

18

19

20

21

22

23

24

25

26

27

28

4